464

48 A.3d 1245

COMMONWEALTH of Pennsylvania, Petitioner

v.

Reginald KING, Respondent.

Supreme Court of Pennsylvania.

July 19, 2012.

## ORDER

PER CURIAM.

AND NOW, this 19th day of July 2012, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court for reconsideration in a manner consistent with Commonwealth v. Au, 42 A.3d 1002 (Pa.2012).

50 A.3d 120

COMMONWEALTH of Pennsylvania, Respondent

v.

Isaac FLOYD, Petitioner.

No. 40 EM 2012.

Supreme Court of Pennsylvania.

June 13, 2012.

## ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2012, the Petition for Review is **DENIED.**